Commonwealth ex rel. Brown, Appellant, *v.*
Myers.

Submitted September 13, 1965. *Walter Brown,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Carter, Appellant, *v.*
Russell.

Submitted September 13, 1965. *William Lee Carter,* appellant, in propria persona; *Jay L. Benedict,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Caserta, Appellant, *v.*
Myers.

Argued September 14, 1965. *Charles F. G. Smith,* for appellant; *Joseph M. Smith,* Assistant District Attorney, with him *Myrna P. Field,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.